UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **Sherice Sargent**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**The School District of Philadelphia**, et al.,<br><br>Defendants. | Case No. 2:22-cv-01509-CFK |

# [PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION

The plaintiffs' motion for class certification is granted.

The Court certifies the following class under Rules 23(b)(1)(A), 23(b)(1)(B), 23(b)(2) and 23(b)(3) of the federal rules of civil procedure:

> All students and parents of students who: (1) applied for admission to a Philadelphia criteria-based school but were denied admission because of the school district's racially discriminatory admissions standards; or (2) will apply for admission to a criteria-based school in the future but face an increased risk of being denied admission because of the school district's decision to abandon merits-based admission standards and pursue racial balancing in the student body of its criteria-based schools. The class includes everyone who has ever fallen within this definition.

Sherice Sargent and Michele Sheridan are appointed class representatives. Jonathan F. Mitchell, Walter S. Zimolong III, and Gene P. Hamilton are appointed class counsel under FRCP 23(g). The class claims are:

1. Whether the school district's standards for admission to its criteria-based high schools violate Title VI;

2. Whether the school district's standards for admission to its criteria-based high schools violate the Equal Protection Clause;

3. Whether the school district's standards for admission to its criteria-based high schools violate article I, section 26 of the Pennsylvania Constitution;

4. Whether the school district's standards for admission to its criteria-based high schools violate article I, section 29 of the Pennsylvania Constitution.

Dated: _____, 2022

_____
CHAD F. KENNEY
UNITED STATES DISTRICT JUDGE