# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARICE SARGENT, et al.,<br>*Plaintiff*, | : | CIVIL ACTION |
| v. | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, et al.,<br>*Defendants*. | : | NO. 22-cv-01509 |

## ORDER

**AND NOW**, this **12th** day of **May**, **2022**, upon consideration of Plaintiffs' Motion for Class Certification (ECF No. 22), it is hereby **ORDERED** that Plaintiffs' Motion (ECF No. 22) is **DENIED without prejudice** to be resubmitted for consideration after the close of pleadings and a ruling is made on the demand for a preliminary injunction.

BY THE COURT:

/s/ *Chad F. Kenney*
_____
**CHAD F. KENNEY, JUDGE**