IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERICE SARGENT**, et. al. | : | No. 22-cv-01509 |
| Plaintiffs | : | |
| v. | : | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA**, et. al. | : | |
| Defendants | : | |

### STIPULATION TO EXTEND DEADLINES

The parties make this joint stipulation to extend certain scheduling deadlines set forth in the proposed joint proposed scheduling order (ECF No. 25), which this Court adopted in its scheduling order and notice dated May 20, 2022 (ECF No. 27).

The parties stipulate that the plaintiffs shall file their amended complaint and motion for preliminary injunction on or before **June 3, 2022.**

The parties stipulate that the defendants shall file their response to plaintiffs' motion for preliminary injunction, along with their motion to dismiss, on or before **June 24, 2022.**

Respectfully submitted,

*/s/ Walter S. Zimolong*
WALTER S. ZIMOLONG III
Zimolong, LLC
Attorney I.D. 89151
wally@zimolonglaw.com
PO Box 552
Villanova, PA 19085-0552
Tele: 215-665-0842

*Counsel for plaintiffs*

*/s/ William Kennedy*
WILLIAM KENNEDY
Attorney I.D. 86571
Montgomery McCracken
 Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
(215) 772-7291 (phone)
(215) 731-3689 (fax)
wkennedy@mmwr.com

*Counsel for Defendants*

APPROVED BY THE COURT:

June 1, 2022        /s/ *Chad F. Kenney*
_____
THE HONORABLE CHAD F. KENNEY