## CERTIFICATE OF SERVICE

I certify that on June 12, 2022, I served this document through CM/ECF upon:

WILLIAM KENNEDY
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, Pennsylvania 19103-7505
(215) 772-7291 (phone)
(215) 731-3689 (fax)
wkennedy@mmwr.com

*Counsel for Defendants*

                                               /s/ Jonathan F. Mitchell
                                               JONATHAN F. MITCHELL
                                               *Counsel for Plaintiffs and*
                                               *the Proposed Classes*