AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF PENNSYLV[ANIA]

| | | |
|---|---|---|
| Sherice Sargent, Fallon Girinia, and Michele Sherida | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-01509-CFK |
| The School District of Philadelphia, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sherice Sargent, Fallon Girinia, and Michele Sheridan

Date: 06/16/2022

*Attorney's signature*

James J. Fitzpatrick, III/302497
*Printed name and bar number*

Zimolong LLC
353 W. Lancaster Avenue, Suite 300
Wayne, PA 19087

*Address*

James@zimolonglaw.com
*E-mail address*

(215) 665-0842
*Telephone number*

*FAX number*