# Exhibit A

| ZIP | Hispanic or Latino (of any race) | White alone | Black or African American alone | Asian alone | Latino & Black |
|---|---|---|---|---|---|
| 19132 | 3.2% | 2.5% | 91.9% | 1.1% | 95.1% |
| 19150 | 2.2% | 2.5% | 92.1% | 0.4% | 94.3% |
| 19138 | 2.2% | 3.9% | 90.2% | 0.3% | 92.4% |
| 19140 | 42.2% | 4.3% | 50.1% | 1.7% | 92.3% |
| 19133 | 57.7% | 3.6% | 34.1% | 3.5% | 91.8% |
| 19151 | 1.7% | 7.1% | 88.3% | 0.9% | 90.0% |
| 19141 | 2.8% | 3.8% | 86.0% | 5.9% | 88.8% |
| 19126 | 3.4% | 6.2% | 85.0% | 2.2% | 88.4% |
| 19142 | 3.2% | 4.1% | 83.7% | 5.6% | 86.9% |
| 19139 | 4.2% | 7.3% | 82.2% | 1.8% | 86.4% |
| 19131 | 3.0% | 10.1% | 79.9% | 4.0% | 82.9% |
| 19143 | 4.2% | 12.9% | 76.6% | 2.4% | 80.8% |
| 19144 | 3.7% | 14.3% | 76.8% | 1.7% | 80.5% |
| 19153 | 4.8% | 11.1% | 74.8% | 5.0% | 79.6% |
| 19124 | 43.8% | 14.5% | 35.2% | 4.7% | 79.0% |
| 19120 | 32.8% | 5.2% | 45.9% | 10.9% | 78.7% |
| 19121 | 6.5% | 15.4% | 72.2% | 3.5% | 78.7% |
| 19134 | 51.3% | 30.3% | 13.4% | 1.6% | 64.7% |
| 19119 | 2.6% | 32.7% | 57.6% | 1.5% | 60.2% |
| 19122 | 23.8% | 31.0% | 35.0% | 6.9% | 58.8% |
| 19104 | 5.9% | 32.1% | 43.3% | 14.3% | 49.2% |
| 19149 | 25.0% | 30.7% | 22.8% | 16.4% | 47.8% |
| 19111 | 19.8% | 41.4% | 25.4% | 9.0% | 45.2% |
| 19135 | 24.2% | 44.7% | 20.9% | 5.7% | 45.1% |
| 19146 | 6.3% | 47.6% | 36.9% | 6.3% | 43.2% |
| 19123 | 10.5% | 54.9% | 24.4% | 7.6% | 34.9% |
| 19145 | 6.1% | 49.2% | 28.4% | 14.2% | 34.5% |
| 19129 | 4.6% | 57.7% | 29.7% | 3.5% | 34.3% |
| 19136 | 17.7% | 57.1% | 16.5% | 5.8% | 34.2% |
| 19152 | 9.9% | 50.8% | 17.1% | 19.4% | 27.0% |
| 19118 | 5.4% | 68.2% | 19.5% | 4.3% | 24.9% |
| 19114 | 10.6% | 71.6% | 11.4% | 3.0% | 22.0% |
| 19130 | 4.1% | 68.1% | 16.8% | 6.7% | 20.9% |
| 19148 | 16.4% | 53.9% | 3.6% | 23.0% | 20.0% |
| 19128 | 5.6% | 73.6% | 14.0% | 2.6% | 19.6% |
| 19115 | 9.1% | 64.7% | 9.6% | 13.8% | 18.7% |
| 19147 | 8.2% | 67.7% | 9.1% | 10.9% | 17.3% |
| 19125 | 13.7% | 74.9% | 3.2% | 6.0% | 16.9% |
| 19107 | 6.0% | 51.1% | 10.7% | 27.4% | 16.7% |
| 19154 | 7.4% | 77.8% | 7.9% | 5.9% | 15.3% |
| 19106 | 6.4% | 78.8% | 7.9% | 4.9% | 14.3% |
| 19137 | 9.5% | 84.7% | 4.0% | 0.5% | 13.5% |
| 19127 | 4.1% | 82.6% | 8.6% | 2.2% | 12.7% |

1

| ZIP | Hispanic or Latino (of any race) | White alone | Black or African American alone | Asian alone | Latino & Black |
|---|---|---|---|---|---|
| 19103 | 5.2% | 69.8% | 6.1% | 13.0% | 11.3% |
| 19116 | 6.2% | 67.8% | 5.0% | 17.2% | 11.2% |
| 19102 | 4.2% | 76.2% | 1.9% | 16.7% | 6.1% |
| 19113 | 0.0% | 65.9% | 0.0% | 34.1% | 0.0% |

SOURCE: U.S. Census Bureau, 2016-2020 American Community Survey 5-Year Estimates
Table DP05: ACS Demographic and Housing Estimates of the 2016-2020 American Community Survey 5-Year Estimates.