**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHARICE SARGENT, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | NO. 22-cv-01509 |

**DEFENDANTS' CERTIFICATION
OF PRE-MOTION CONFERENCE REGARDING
<u>PLEADING DEFICIENCIES IN THE AMENDED COMPLAINT</u>**

Defendants' undersigned counsel certifies, under Section II.C.1 of the Court's Policies and Procedures for Counsel, that the parties met and conferred (through their counsel) regarding the pleading deficiencies Defendants planned to assert in a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure at least seven days before the filing of the accompanying Motion to Dismiss. The conference occurred on June 16, 2022.

-3-

Dated: June 29, 2022                               Respectfully submitted,


                                                   By: /s/ *William K. Kennedy*
                                                   Renee N. Smith (I.D. No. 65866)
                                                   William K. Kennedy (I.D. No. 86571)
                                                   MONTGOMERY MCCRACKEN
                                                     WALKER & RHOADS LLP
                                                   1735 Market Street, 21st Floor
                                                   Philadelphia, PA  19103
                                                   rsmith@mmwr.com
                                                   wkennedy@mmwr.com

                                                   *Attorneys for Defendants*