IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARICE SARGENT, et al.,  *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, et al.,  *Defendants.* | : : : : | NO. 22-cv-01509 |

## AMENDED SCHEDULING ORDER

**AND NOW**, this **6th** day of **July**, **2022**, it is **hereby ORDERED** that due to scheduling conflicts in the Court's calendar, the Preliminary Injunction Hearing previously scheduled for July 19, 2022 at 9:00 a.m. will be **rescheduled** to **Wednesday, July 27, 2022 at 10:30 a.m.**

Additionally, upon consideration of the stipulated deadline extensions submitted to this Court via email on July 6, 2022 and attached hereto as Exhibit A it is **further ORDERED** that:

1. Plaintiffs shall file a Response to Defendants' Motion to Dismiss **on or before July 11, 2022;**

2. Plaintiffs shall file a Reply in Support of the Motion for a Preliminary Injunction **on or before July 11, 2022**; and

3. Defendants shall file a Reply in Support of the Motion to Dismiss **on or before July 19, 2022.**

**Counsel must email Chambers by 12:00 p.m. on or before July 8, 2022 stating that they have read and understood this Order.**

**BY THE COURT:**

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**

# EXHIBIT A

**RE: Sargent, et. al. v. The School District of Philadelphia, No 2:22-cv-01509-CFK**



Kennedy, William <WKennedy@mmwr.com>
To: Jane Tomic; Wally Zimolong
Cc: Jonathan F. Mitchell (Other); gene.hamilton@aflegal.org; Chambers of Judge Chad F Kenney; james@zimolonglaw.com; Smith, Renee

↰ Reply    ↰ Reply All    → Forward
Wed 7/6/2022 10:16 AM

You replied to this message on 7/6/2022 11:30 AM.

**CAUTION - EXTERNAL:**

Dear Ms. Tomic,

The parties have agreed to extend Plaintiffs' deadline for response to Defendants' Motion to Dismiss and reply in support of Preliminary Injunction to July 11.

The parties have also agreed to extend Defendants' deadline for reply in support of Motion to Dismiss to July 19.

The parties will file a joint motion confirming our request to extend these deadlines. Please let us know if that motion is unnecessary.

Respectfully,
Bill Kennedy



**William Kennedy** | Partner
**Montgomery McCracken Walker & Rhoads LLP**
1735 Market Street | Philadelphia, PA 19103-7505
Tel: 215-772-7291 | Mobile: 215-990-2321 | Fax: 215-731-3689 | wkennedy@mmwr.com | Attorney Profile

Notice: This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution and/or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and please immediately delete this message from your computer as well as any storage device(s). Thank you.