IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERICE SARGENT**, et. al. | : | No. 22-cv-01509 |
| Plaintiffs | : | |
| v. | : | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA**, et. al. | : | |
| Defendants | : | |

### STIPULATION TO EXTEND DEADLINES

The parties make this joint stipulation to extend certain scheduling deadlines set forth in the proposed joint proposed scheduling order (ECF No. 27), which this Court adopted in its scheduling order and notice dated May 20, 2022 (ECF No. 27).

The parties stipulate that the plaintiffs shall file their response in opposition to defendants' motion to dismiss (ECF No. 36) and reply to response in opposition to motion for a preliminary injunction (ECF No. 37) **on or before July 13, 2022.**

The parties stipulate that the defendants shall file replies thereto, **on or before July 20, 2022.**

Respectfully submitted,

| | |
|---|---|
| */s/ Walter S. Zimolong* | */s/ William Kennedy* |
| WALTER S. ZIMOLONG III | WILLIAM KENNEDY |
| JAMES J. FITZPATRICK | Attorney I.D. 86571 |
| Zimolong, LLC | Montgomery McCracken |
| wally@zimolonglaw.com | Walker & Rhoads LLP |
| james@zimolonglaw.com | 1735 Market Street |
| PO Box 552 | Philadelphia, PA 19103-7505 |
| Villanova, PA 19085-0552 | (215) 772-7291 (phone) |
| Tele: 215-665-0842 | (215) 731-3689 (fax) |
| | wkennedy@mmwr.com |
| *Counsel for plaintiffs* | |
| | *Counsel for Defendants* |

APPROVED BY THE COURT:

 /s/ *Chad F. Kenney*     *7/11/2022*
_____
THE HONORABLE CHAD F. KENNEY