# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARICE SARGENT, et al.,<br>*Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF<br>PHILADELPHIA, et al.,<br>*Defendants.* | :<br>:<br>: | NO. 22-cv-01509 |

## ORDER

**AND NOW**, this **15th day of July 2022**, upon consideration of Defendants' Motion to Dismiss (ECF No. 36), Plaintiffs' Response in Opposition (ECF No. 42), it is **hereby ORDERED** that Defendant's Motion to Dismiss (ECF No. 36) is **DENIED**.

BY THE COURT:

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**