IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARICE SARGENT, et al.,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **THE SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA, et al.,** | : | |
| *Defendants.* | : | **NO. 22-cv-01509** |
| | : | |

# NOTICE

**AND NOW**, this **26th** day of **July, 2022**, upon consideration of the representation from Defense counsel made via email that the Defendant may have witnesses available to testify at the Preliminary Injunction Hearing, it is **hereby NOTICED** that in light of the parties' previous representations, the Court will not permit the testimony of witnesses at the Preliminary Injunction Hearing. *See* ECF No. 25. Specifically, the parties represented to the Court that they intended to stipulate to the facts relevant to Plaintiffs' Preliminary Injunction Motion and that "they expect[ed] their stipulation to obviate any need for discovery before the preliminary-injunction hearing." ECF No. 25 p. 1. Accordingly, as it is the Court's understanding that there was no opportunity for discovery related to the Preliminary Injunction Motion or the chance for either party to depose witnesses, the Court finds it would be inappropriate to permit witnesses to be called at the

Preliminary Injunction Hearing. Counsel may offer exhibits and declarations in support of their arguments.

It is **further NOTICED** that the Preliminary Injunction Hearing previously scheduled for 10:30 a.m. on July 27, 2022, will **be rescheduled to 2:00 p.m. on July 27, 2022** and held before the Hon. Chad F. Kenney in **Courtroom 11B**.

**BY THE COURT:**

/s/ *Chad F. Kenney*
_____
**CHAD F. KENNEY, JUDGE**