IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARICE SARGENT, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 22-cv-01509 |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION AND ORDER

Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree, subject to the approval of this Court, that the deadline for Defendants to file their Answer to the First Amended Complaint (ECF No. 31) shall be **EXTENDED** from **July 29, 2022**, to **August 29, 2022**. This is the first extension request to file the Answer.

/s/ *Jonathan Mitchell*
Jonathan Mitchell, Esquire
Mitchell Law PLLC
111 Congress Ave., Suite 400
Austin, TX 78701
jonathan@mitchell.law

*Attorney for Plaintiffs*

/s/ *William Kennedy*
William Kennedy, Esquire
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
wkennedy@mmwr.com

*Attorney for Defendants*

**APPROVED AND SO ORDERED** this 29th day of July, 2022

/s/ *Chad F. Kenney*
_____
CHAD F. KENNEY, J.