IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERICE SARGENT, et al.,  *Plaintiffs*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, et al.,  *Defendants.* | : : : : | NO.  22-cv-1509 |

**ORDER**

**AND NOW,** this **8th day** of **August, 2022**, upon consideration of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 32), Defendants' Response in Opposition (ECF No. 37), Plaintiffs' Reply (ECF No. 41), and the Stipulated Facts (ECF No. 44) and Exhibits (ECF No. 44 Exhibits 1–9), as well as the argument presented at the Preliminary Injunction Hearing (*see* ECF No. 47) **hereby ORDERED** that for the reasons set forth in the accompanying Memorandum, Plaintiffs' Motion for a Preliminary Injunction (ECF No. 32) is **DENIED**.

BY THE COURT

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**