UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

|  |  |
|---|---|
| **Sherice Sargent**, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>**The School District of Philadelphia**, et al.,<br><br>                    Defendants. | Case No. 2:22-cv-01509-CFK |

## NOTICE OF APPEAL

Plaintiffs Sherice Sargent, Michele Sheridan, and Joshua Meyer appeal to the United States Court of Appeals for the Third Circuit from the order denying the plaintiffs' motion for preliminary injunction, entered on August 8, 2022 (ECF No. 51).

Dated: August 11, 2022                                   Respectfully submitted.

                                                                          /s/ Jonathan F. Mitchell
Walter S. Zimolong III                               Jonathan F. Mitchell
Pennsylvania Bar No. 89151                     Pennsylvania Bar No. 91505
Zimolong, LLC                                          Mitchell Law PLLC
Post Office Box 552                                  111 Congress Avenue, Suite 400
Villanova, Pennsylvania 19085-0552       Austin, Texas 78701
(215) 665-0842 (phone)                           (512) 686-3940 (phone)
wally@zimolonglaw.com                         (512) 686-3941 (fax)
                                                                 jonathan@mitchell.law

Gene P. Hamilton*
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE                * admitted *pro hac vice*
Washington, DC 20003
(202) 964-3721                                           *Counsel for Plaintiffs and*
gene.hamilton@aflegal.org                      *the Proposed Classes*

## CERTIFICATE OF SERVICE

I certify that on August 11, 2022, I served this document through CM/ECF upon:

WILLIAM KENNEDY
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, Pennsylvania 19103-7505
(215) 772-7291 (phone)
(215) 731-3689 (fax)
wkennedy@mmwr.com

*Counsel for Defendants*

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs and
the Proposed Classes*