IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARICE SARGENT, et al.,<br>*Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF<br>PHILADELPHIA, et al.,<br>*Defendants.* | : | NO. 22-cv-01509 |

# ORDER

**AND NOW**, this **17th day of August, 2022**, upon consideration of Plaintiffs' Motion for Injunction Pending Appeal (ECF No. 53) and for the reasons[1] set forth in this Court's prior Memorandum and Order (ECF Nos. 50, 51) denying Plaintiffs' Motion for a Preliminary Injunction (ECF No. 32), it is hereby **ORDERED** that Plaintiffs' Motion for Injunction Pending Appeal (ECF No. 53) is **DENIED**.

---

[1] Specifically, this Court finds that for the reasons articulated in its prior Memorandum (ECF No. 50), Plaintiffs have failed to show a reasonable probability of eventual success on the merits, and accordingly, the grant of an injunction pending appeal is not warranted. *See Wood Specialties Corp. v. Secretary of U.S. Dep't of Health & Human Services*, No. 13-1144, 2013 WL 1277419, at *7 (3d Cir. Feb. 8, 2013) (Jordan, J., dissenting) ("While we have not ruled on the matter definitively, the standard for obtaining an injunction pending appeal is essentially the same as that for obtaining a preliminary injunction."); *see also Reilly v. City of Harrisburg*, 858 F.3d 173, 176 (3d Cir. 2017), *as amended* (June 26, 2017) (explaining that to obtain a preliminary injunction a moving party must show, *inter alia*, a reasonable probability of eventual success in the litigation).

**BY THE COURT:**

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**