## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARICE SARGENT, et al.,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA, et al.,** | : | |
| *Defendants.* | : | **NO.  22-cv-01509** |
| | : | |

## ORDER

**AND NOW**, this **19ᵗʰ day of October, 2022**, upon consideration of Plaintiffs' Renewed Motion for Class Certification (ECF No. 57), it is **hereby ORDERED** that the Motion (ECF No. 57 is **DENIED without prejudice.**

In light of the pending appeal all further proceedings and discovery shall be **STAYED** until a determination is made by the Third Circuit. After the appeal is resolved, this Court will issue an Order scheduling a Rule 16, during which the timing of filing of all motions and discovery will be scheduled.

**BY THE COURT:**

*/s/* Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**