# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2493

Sherice Sargent, et al v. School District of Philadelphia, et al

(U.S. District Court No.: 2-22-cv-01509)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 12, 2023
LMR/cc: Molly M. Cain, Esq.
Elizabeth N. Dewar, Esq.
Francisca Fajana, Esq.
James J. Fitzpatrick III, Esq.
Gene Hamilton, Esq.
Leslie E. John, Esq.
William K. Kennedy II, Esq.
Jin Hee Lee, Esq.
Maxwell S. Mishkin, Esq.
Jonathan F. Mitchell, Esq.
Jessica Rizzo, Esq.
Allison Scharfstein, Esq.
Renee N. Smith, Esq.
Mr. George V. Wylesol,
Walter S. Zimolong III, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate