IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERICE SARGENT, et al.,<br>*Plaintiffs*, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| THE SCHOOL DISTRICT OF<br>PHILADELPHIA, et al.,<br>*Defendants*. | : <br> : <br> : <br> : | NO. 22-cv-01509 |

## ORDER

**AND NOW**, this **12th** day of **July 2023**, pursuant to Paragraph Two of the Court's Scheduling Order (ECF No. 64), as counsel has indicated on the docket that the parties have reached an agreement on e-discovery and Plaintiffs have confirmed they will not seek class certification (ECF No. 66), it is **hereby ORDERED** that **the status conference scheduled for today is canceled**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**