IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERICE SARGENT, et al.** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | No.: 22-cv-1509 |
| | : | |
| **SCHOOL DISTRICT OF PHILA, et al.,** | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this ___4TH___ day of January, 2024, upon the joint request of the parties, IT IS HEREBY ORDERED that the VIDEO SETTLEMENT CONFERENCE in the above-captioned case scheduled for **Monday, January 8, 2024, at 10:00 A.M.**, before the Honorable Lynne A. Sitarski, United States Magistrate Judge, is **CANCELLED.**

The Court reminds both parties that the undersigned remains available to hold a settlement conference at a future date, **IF** both parties agree that a settlement conference is needed. If counsel so agree at some future time, they should jointly contact my Chambers to choose a mutually convenient date for a settlement conference.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Gene P. Hamilton, Esquire
Jonathan F. Mitchell, Esquire
James Joseph Fitzpatrick, III, Esquire
Walter Stephen Zimolong, Esquire
William K. Kennedy, Esquire
Renee N. Smith, Esquire