IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARICE SARGENT, et al., | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF | : | |
| PHILADELPHIA, et al., | : | |
| *Defendants.* | : | NO.  22-cv-01509 |
| | : | |

## ORDER

**AND NOW**, this **5th day** of **March 2024,** upon consideration of Plaintiffs' Unopposed Motion for Reconsideration (ECF No. 78), it is **hereby ORDERED** that:

1. Plaintiffs' Unopposed Motion for Reconsideration (ECF No. 78) is **GRANTED**;

2. The Court's February 21, 2024 Order (ECF No. 77) is **VACATED**; and

3. The parties will be subject to the deadlines in the Court's forthcoming Second Amended Scheduling Order.  However, the parties should be advised that **no further continuances will be granted.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**