# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERICE SARGENT, et al.,** | : | |
| | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | **No. 22-1509** |
| | : | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA, et al.,** | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **11th** day of **October 2024**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 86), all supporting papers (ECF Nos. 86-1, 86-2) and other attached exhibits; Plaintiffs' Response (ECF No. 94), all supporting papers (ECF Nos. 91, 92, 93), and all attached exhibits; and Defendants' Reply (ECF No. 95), supporting papers (ECF No. 99), and all attached exhibits, it is hereby **ORDERED** that the Defendants' Motion for Summary Judgment (ECF No. 86) is **GRANTED**. The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**