UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

|  |  |
|---|---|
| **Sherice Sargent**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **The School District of Philadelphia**, et al., <br><br> Defendants. | Case No. 2:22-cv-01509-CFK |

## NOTICE OF APPEAL

Plaintiffs Sherice Sargent, Michele Sheridan, and Joshua Meyer appeal to the United States Court of Appeals for the Third Circuit from the order granting the defendants' motion for summary judgment and ordering the clerk of court to close the case, entered on October 11, 2024 (ECF No. 104).

Dated: November 7, 2024                                Respectfully submitted.

                                                        /s/ Jonathan F. Mitchell
Walter S. Zimolong III                                  Jonathan F. Mitchell
Pennsylvania Bar No. 89151                              Pennsylvania Bar No. 91505
Zimolong, LLC                                           Mitchell Law PLLC
Post Office Box 552                                     111 Congress Avenue, Suite 400
Villanova, Pennsylvania 19085-0552                      Austin, Texas 78701
(215) 665-0842 (phone)                                  (512) 686-3940 (phone)
wally@zimolonglaw.com                                   (512) 686-3941 (fax)
                                                        jonathan@mitchell.law
Gene P. Hamilton*
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003                                    * admitted *pro hac vice*
(202) 964-3721
gene.hamilton@aflegal.org                               *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on November 7, 2024, I served this document through CM/ECF upon:

WILLIAM KENNEDY
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, Pennsylvania 19103-7505
(215) 772-7291 (phone)
(215) 731-3689 (fax)
wkennedy@mmwr.com

*Counsel for Defendants*

                                                /s/ Jonathan F. Mitchell
                                                JONATHAN F. MITCHELL
                                                *Counsel for Plaintiffs*