**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERICE SARGENT, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA, et al.,** | : | |
| *Defendants.* | : | **NO.  22-cv-01509** |
| | : | |

**THIRD AMENDED SCHEDULING ORDER**

**AND NOW**, this **18th** day of **March 2026**, upon review of the docket, and to assist the parties in preparing for the upcoming non-jury trial, the Court provides the following guidance: on the date of the parties' trial, the Court would like to take the bench ready to hear testimony on any material facts and issues that require the Court to make credibility determinations.  The parties shall prepare a stipulated set of findings of fact and a stipulated set of legal issues in advance of the trial.  With respect to the stipulated set of legal issues, the parties shall identify the specific issues that require a decision from the Court and the applicable legal standard for each issue.  If any witnesses have immoveable conflicts that make them unavailable on the trial days, the parties shall videotape those individuals' testimony ahead of time.  The parties shall address this Order with this guidance in mind.  Accordingly, it is hereby **ORDERED** as follows:

1. The above-captioned case is hereby referred to Magistrate Judge Lynne A. Sitarksi for the scheduling of a settlement conference.

2. The parties shall submit a joint stipulation as to all agreed-upon findings of fact and a separate joint stipulation as to all legal issues, including the applicable legal standard for

each issue, on or before **June 23, 2026**.  The parties shall meet and confer no later than **June 2, 2026** to discuss the aforementioned stipulations.

3. All trial exhibits shall be marked and exchanged on or before **July 14, 2026**.

4. Motions in limine shall be due by **12:00 p.m. (noon) on July 28, 2026**.  The responses to any motions in limine shall be filed and served within **seven (7) days** after service of the motion.

5. **All parties are to prepare and file with the Clerk of Court their Final Pretrial Memoranda, which must include proposed Points for Charge, proposed voir dire, proposed Verdict Slip, proposed findings of fact and conclusions of law, and the information required by Local Rule of Civil Procedure 16.1(c) on or before August 25, 2026. Counsel must also follow the Court's guidelines for Final Pretrial Memoranda (*see* Judge Kenney's Policies and Procedures for Counsel at § II(H)), and for proposed findings of fact and conclusions of law (*see* Judge Kenney's Policies and Procedures for Counsel at § III(R)).**

6. A date certain **non-jury[1] trial** will commence on **September 21, 2026 at 9:00 a.m. in Courtroom 11B**.  On the morning of trial, counsel are to supply the Court with **two joint exhibit binders**.

> **BY THE COURT:**
>
> **/s/ Chad F. Kenney**
>
> **CHAD F. KENNEY, JUDGE**

---

[1] This Court requires parties to submit pretrial materials in non-jury trials, as well as jury trials, in order to assist the Court in determining its factual findings and legal conclusions at the end of trial and also to aid the parties in focusing on the material issues prior to and during trial.