**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERICE SARGENT, et al.** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **No.: 22-cv-1509** |
| | : | |
| **SCHOOL DISTRICT OF PHILA, et al.,** | : | |
| **Defendants.** | : | |

## <u>O R D E R</u>

AND NOW, this ___25TH___ day of March, 2026, IT IS HEREBY ORDERED that a **VIDEO SETTLEMENT CONFERENCE** in the above-captioned case will be held on **Tuesday, May 19, 2026, at 10:00 A.M.**   The Zoom conference shall be set up by the Court. The Court will supply counsel with the Zoom link, or other needed information, by 4 p.m. on Friday, May 15, 2026.

- Please notify the Court if settlement is not a real possibility.

- Parties/client representatives with <u>full and complete</u> settlement authority must be present for the duration of the conference.[1]  **Full and complete authority means the party must possess authority consistent with the most recent demand**.

- Lead Trial Counsel for each party must be present at the Conference.   Counsel are expected to be fully familiar with the facts of the case, the legal theories supporting their client's claims or defenses, and the procedural posture of the case.

- Please complete the attached settlement conference form and email it to Chambers at Chambers_sitarski@paed.uscourts.gov on or before **May 12, 2026.** As indicated on the attached form, counsel shall include a synopsis of the case with a discussion of the relevant facts, as well as a brief summary of the legal issues affecting the party's settlement position.   The Court anticipates that in most cases, the parties' case summaries will not exceed five (5) pages.   The case synopsis should include a candid discussion of the submitting party's strengths and weaknesses in the case.

- Counsel are also encouraged to submit a small number of documents that counsel considers **critical to** their client's claims or defenses (by way of example only:

---

[1]   Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference.   In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend.   Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

the contract at issue, or excerpts therefrom; selected portions of critical medical records; police reports; the "smoking gun" email).   Counsel shall not submit more than 20 pages of documents without prior Court approval.

- These submissions are **confidential** and shall be submitted to the Court only.

- ALL PARTICIPANTS must review and adhere to the Court's Protocols for Remote Video Proceedings in The United States District Court for the Eastern District of Pennsylvania.   Counsel are specifically directed to ensure their clients review and adhere to this Protocol.   Link: https://www.paed.uscourts.gov/sites/paed/files/documents/Protocols%20for%20Remote%20Proceedings.pdf.

**Failure to comply with this Order may result in the imposition of sanctions.**

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Gene P. Hamilton, Esquire
Jonathan F. Mitchell, Esquire
James Joseph Fitzpatrick, III, Esquire
Walter Stephen Zimolong, Esquire
William K. Kennedy, Esquire
Lynn Rosner Rauch, Esquire
Renee N. Smith, Esquire

**CONFIDENTIAL SETTLEMENT CONFERENCE SUMMARY**

Caption: _____

DISTRICT COURT JUDGE: _____    JURY / NONJURY

(Circle One)

TRIAL POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

Name: _____

Address: _____

Phone: _____

Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

Name of Individual with Full and Complete Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

_____

PRIOR OFFERS / DEMANDS:

_____

**ATTACH SYNOPSIS OF CASE (UP TO FIVE [5] PAGES)**