IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHERICE SARGENT, et. al.    :   No. 22-cv-01509
             :
    Plaintiffs    :
             :
  v.          :
             :
THE SCHOOL DISTRICT OF  :
PHILADELPHIA, et. al.    :
             :
    Defendants  :
             :

**UNCONTESTED MOTION TO APPROVE SETTLEMENT
FOR MINOR PLAINTIFFS AND TO APPROVE DISTRIBUTION OF PROCEEDS**

Pursuant to Local Rule of Civil Procedure 41.2, Plaintiffs Sherice Sargent, Michele Sheridan, and Joshua Meyer (collectively, the "Petitioners") submit this Uncontested Motion to Approve Settlement for Minor Plaintiffs and to Approve Distribution of Proceeds, and aver as follows:

1. Petitioner Sherice Sargent brings this action individually and as next friend of her minor child, "S.S." Petitioner Joshua Meyer brings this action individually and as next friend of his minor child, "J.M." Petitioner Michele Sheridan brings this action individually and as next friend of her child, "I.C." who attained the age of majority during the pendency of this litigation. S.S., I.C., and J.M. are referred to collectively as the "Minor Plaintiffs," it being understood that I.C. has since reached the age of majority.

2. This action is brought against the School District of Philadelphia and others and includes claims brought under 42 U.S.C. §§ 1983 and 1988.

3.     The parties have executed a settlement agreement ("Settlement Agreement") and release pursuant to which Defendant, the School District of Philadelphia, has agreed to pay Petitioners a single lump-sum payment of $650,000.00, inclusive of all attorneys' fees and costs recoverable under 42 U.S.C. § 1988(b). A copy of the Settlement Agreement and Release is attached as **Exhibit "1."**

4.     The Settlement Agreement arises from a settlement was reached at a settlement conference conducted by the Honorable Lynne A. Sitarski, United States Magistrate Judge.

5.     Each Petitioner attended the settlement conference and each Petitioner agreed to the settlement.

6.     Counsel for Petitioners is of the professional opinion that the settlement is reasonable and proper under the circumstances of the case, including, without limitation, the contested nature of the action and the length and inherent uncertainty of trial.

7.     Petitioners are of the opinion that the settlement is reasonable and proper, and that it is in the best interests of the Minor Plaintiffs.

8.     Of the gross settlement, Petitioners request that $290,000.00 be distributed to counsel, Zimolong LLC and Mitchell Law PLLC, as and for attorneys' fees and reimbursement of costs incurred in prosecuting this action under 42 U.S.C. §§ 1983 and 1988.

9.     This requested fee and cost award is reasonable and is far below the actual attorneys fees and costs expended by counsel in this case.

10.     Attorney Zimolong and Attorney Mitchell combined spent 537.2 hours litigating all aspects of this case. Attorney Zimolong's hourly rate is $695 per hour and Attorney Mitchell's hourly rate is $2000 per hour, which are consistent with the hourly rates awarded by this Court to attorney with comparable skill and experience. See declaration of Walter S. Zimolong at **Exhibit "2"** and declaration of Jonathan F. Mitchell at **Exhibit "3."**

11.     The lodestar figure for Attorney Zimolong is $162,633 and the lodestar figure for Attorney Mitchell is $603,000.

12.     Therefore, the requested attorneys fee award of $290,000 falls well-below the lodestar figure.

13.     Attorney Zimolong and Attorney Mitchell also incurred costs of $34,744.76.

14.     The matter was vigorously contested and presented substantial risk and counsel prosecuted the matter at no cost to Petitioners and advanced all fee and costs of suit.

15.     After payment of the foregoing attorneys' fees and costs, the net proceeds of $360,000.00 shall be allocated as follows:

   a. To Sherice Sargent: $120,000.00

   b. To Joshua Meyer.: $120,000.00

   c. To Michelle Sheridan: $120,000.00

16.      The settlement proceeds are designed to reimburse Petitioners for the monetary damages they sustained in this case.

17.     The Minor Plaintiffs did seek out-of-pocket damages in this litigation.

18.     Therefore, Petitioners request that all settlement proceed be directed to them.

19.     This Motion is uncontested.

**WHEREFORE**, Petitioners respectfully request that the Court approve the settlement of the Minor Plaintiffs' claims, approve the allocation and distribution of the settlement funds as set forth above, and enter the proposed Order submitted herewith.


                                            Respectfully submitted,

Dated:  July 1, 2026                        */s/ Walter S. Zimolong, Esquire*
                                            Walter S. Zimolong, Esquire
                                            Zimolong, LLC
                                            wally@zimolonglaw.com
                                            PO Box 552
                                            Villanova, PA 19085-0552
                                            Tele: 215-665-0842
                                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify the foregoing has been filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania.  I further hereby certify that, in accordance with Fed. R. Civ. P. 5, service has been made upon counsel of record via ECF.

Date:  July 1, 2026                              */s/ Walter S. Zimolong, Esquire*