IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERICE SARGENT, et. al. | : | No. 22-cv-01509 |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, et. al. | : | |
| | : | |
| Defendants | : | |
| | : | |

**DECLARATION OF WALTER S. ZIMOLONG III**

I, Walter S. Zimolong, III, make the following declaration in support of uncontested motion for minor's compromise.

1.    I have been admitted to practice law in the Commonwealth of Pennsylvania since 2002.

2.    I have been admitted to practice before this Court since 2003.

3.    Based on my 24 years of experience and the Community Legal Services Attorneys Fees Schedule, $630-$715 per hour is fair and reflects the prevailing community rate for lawyers of comparable skill and experience working in the Eastern District of Pennsylvania.

4.    This Court has previously awarded me attorneys fees based on an hourly rate of $690. *Pennsylvania State Lodge Fraternal Ord. of Police v. Twp. of Springfield*, No. CV 23-332-KSM, 2024 WL 1219960 (E.D. Pa. Mar. 21, 2024).

5.      According to my contemporaneously maintained time records, I spent 235.70 hours litigating this matter.

6.      The total amount (lodestar), as calculated by multiplying the hours by the prevailing billing rate of $690 is $162,633.

7.      My firm also incurred costs of $11,553.61.

8.      The attorneys fees and costs that to be paid from the settlement fall well below these amounts.

This concludes my sworn statement. I make this declaration subject to the penalty.


*/S/ WALTER S. ZIMOLONG*
WALTER S. ZIMOLONG III

DATE: JULY 1, 2026