## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERICE SARGENT, et al., | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-1509 |
| | : | |
| THE SCHOOL DISTRICT OF | : | |
| PHILADELPHIA, et al., | : | |
| *Defendants.* | : | |
| | : | |

### ORDER

**AND NOW**, this **14th** day of **July 2026**, upon review of the Uncontested Motion to Approve Settlement for Minor Plaintiffs and to Approve Distribution of Proceeds (the "Motion") (ECF No. 114), and the docket, it is hereby **ORDERED** that Petitioner Michele Sheridan, who has brought this action individually and as next friend of her child, "I.C." who attained the age of majority during the pendency of this litigation, shall **SHOW CAUSE** as to why she is proposing that the net proceeds be allocated to her alone, rather than to I.C., on or before **July 21, 2026**. *See* ECF No. 114 ¶ 15(c). If the Court were to consider releasing the funds solely to Ms. Sheridan, the Court intends to require that there be custodial protections surrounding the funds, so that I.C.'s interests are appropriately protected. Ms. Sheridan's counsel is **DIRECTED** to suggest what those custodial protections should be.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**