IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHERICE SARGENT, et al.,           :          CIVIL ACTION
          *Plaintiffs,*      :
                          :
      v.                   :
                          :
THE SCHOOL DISTRICT OF      :
PHILADLEPHIA, et al.,         :
         *Defendants.*     :         NO. 22-cv-1509

## O R D E R

**AND NOW,** this 21st day of July 2026, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel.

The Court retains jurisdiction over the enforcement of the settlement agreement.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE

Civ. 2 41.1(b) (3/18)